Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| FRANCISCA MEDEL,<br><br>  Plaintiff,<br><br>  v.<br><br><br>LOWE'S HIW, INC., MARK MARBLE, and DOES 1 through 25, inclusive,<br><br>  Defendants. | Case No.: 5:12-cv-00387-AG (SPx)<br><br>**ORDER RE: STIPULATED PROTECTIVE ORDER** |

Pursuant to stipulation by the parties and good cause appearing therefore, the Court HEREBY ENTERS the parties' STIPULATED PROTECTIVE ORDER.

**IT IS SO ORDERED.**

DATED:  August 16, 2012                                /s/
                                        Honorable Sheri Pym
                                        United States Magistrate Judge

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627