Hunton & Williams LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, California 90071-2627

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| FRANCISCA MEDEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br><br>LOWE'S HIW, INC., MARK MARBLE, and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No.:  5:12-cv-00387-AG (SPx)<br><br>**ORDER RE: STIPULATED PROTECTIVE ORDER** |

[PROPOSED] ORDER RE: STIPULATED PROTECTIVE ORDER

1  Pursuant to stipulation by the parties and good cause appearing therefore, the
2  Court HEREBY ENTERS the parties' STIPULATED PROTECTIVE ORDER.
3
4  **IT IS SO ORDERED.**
5
6  DATED:   August 16, 2012                    /s/
7                                     Honorable Sheri Pym
                                       United States Magistrate Judge

**Hunton & Williams LLP**
**550 South Hope Street, Suite 2000**
**Los Angeles, California 90071-2627**